USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2025

# HOROWITZ LAW, PLLC
## A CONSUMER ADVOCACY LAW FIRM

uri@horowitzlawpllc.com
www.horowitzlawpllc.com

March 7, 2025

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Via ECF**

 ***Zhang v. Fully Rinsed Productions, LLC***
 **Docket No. 1:25-cv-00011-AT**

Your Honor,

 We represent the Plaintiff, Andrew Zhang, in the above referenced action. We write to respectfully request that the March 7, 2025, due date to submit a joint letter and a jointly proposed Case Management Plan, be adjourned because Defendant has not yet been served, nor reached out to Plaintiff.

 The Plaintiff has unsuccessfully attempted service at Defendant's principal place of business and has unsuccessfully tried to reach out to Defendant directly. Plaintiff has initiated service upon Defendant's physical stores and is ~~confident~~ hopeful that it will be able to effectuate service in short order.

 Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Defendant Fully Rinsed Productions, LLC, for an additional thirty (30) to allow Plaintiff to finalize service.

 We thank Your Honor and the Court for its kind considerations and courtesies.


 GRANTED.

 SO ORDERED.

 Dated: March 10, 2025
   New York, New York

_____
ANALISA TORRES
United States District Judge