USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/14/2025_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW ZHANG, on behalf of himself and all others similarly situated,

          Plaintiff,

-against-

Fully Rinsed Productions, LLC,

          Defendant.

25 Civ. 11 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated January 7, 2025, the Court directed the parties to file their joint letter and proposed case management plan by March 7, 2025. ECF No. 6. On March 10, the Court granted Plaintiff's request to extend the deadline by thirty days. ECF No. 11. The deadline has since passed, and the Court has received no submission from the parties.

    Accordingly, by **May 14, 2025**, the parties shall file their joint letter and proposed case management plan. Plaintiff is advised that failure to prosecute this action and comply with Court orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: April 14, 2025
       New York, New York

                              ANALISA TORRES
                            United States District Judge