# HOROWITZ LAW, PLLC
## A CONSUMER ADVOCACY LAW FIRM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2025

uri@horowitzlawpllc.com
www.horowitzlawpllc.com

May 14, 2025

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Via ECF**

    ***Zhang v. Fully Rinsed Productions, LLC***
    **Docket No. 1:25-cv-00011-AT**

Your Honor,

    We represent the Plaintiff, Andrew Zhang, in the above referenced action. We write to respectfully request an adjournment of the May 14, 2025 deadline to submit the joint letter and proposed Case Management Plan.

    Defendant Fully Rinsed Productions, LLC, has not appeared in this action and is currently in default. Plaintiff effected service on March 13, 2025 (see Dkt. 12), making Defendant's responsive pleading due by April 3, 2025. To date, Defendant has neither filed a responsive pleading nor contacted Plaintiff's counsel.

    Plaintiff is currently attempting to reach Defendant before proceeding with a request for a Certificate of Default. Accordingly, we respectfully request that the Court adjourn all upcoming deadlines applicable to Defendant for an additional thirty (30) days to allow time for these efforts.

    We thank Your Honor and the Court for its kind considerations and courtesies.

By **June 12, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 15, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge