UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW ZHANG, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

Fully Rinsed Productions, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2025

25 Civ. 11 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By order dated January 7, 2025, the Court directed the parties to file their joint letter and proposed case management plan by March 7, 2025. ECF No. 6. On March 10, the Court granted Plaintiff's request to extend the deadline by thirty days. ECF No. 11. The parties did not file their submissions by the revised deadline, so the Court ordered the parties to file their submissions by May 14. ECF No. 13. The Court advised Plaintiff that failure to prosecute this action and comply with Court orders may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b). *Id.* On May 15, the Court granted Plaintiff's second request to extend the deadline, ordering the parties to file their submissions by June 12. ECF No. 15.

      The June 12 deadline has since passed and the Court has received no submissions. Accordingly, by **July 14, 2025**, the parties shall file their joint letter and proposed case management plan in accordance with ECF No. 6. The Court shall not extend this deadline absent exceptionally good cause shown. Plaintiff is advised to review ¶ II.B of the undersigned's Individual Practices in Civil Cases and is, once again, reminded that failure to prosecute this action and comply with Court orders shall result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

      SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                              ANALISA TORRES
                                    United States District Judge