USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/11/2025__



July 10, 2025

**VIA ELECTRONIC COURT FILING**
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

      **RE:**      **Andrew Zhang, on behalf of himself and all others similarly situated v. Fully Rinsed Productions, LLC.**
      **Civil Action No.:**      1:25-cv-00011-AT

Dear Judge Torres:

      This office represents Defendant, Fully Rinsed Productions, LLC in the action before Your Honor. Defendant makes this application to respectfully request a thirty (30) day extension of time to Answer or otherwise plead, up to and including Monday, August 11, 2025.

      The undersigned was just retained as Counsel on behalf of the Defendant and came across Your Honor's Order dated June 16, 2025 (ECF No. 16) which required the parties to file a joint letter and proposed case management plan by Monday, July 14, 2025. The undersigned has not received the file yet, nor has he had an opportunity to properly review the allegations in Plaintiff's Complaint with his client. This office has been in contact with Plaintiff's counsel who was kind enough to advise of the instant deadline. The parties are in agreement that the time requested will help the parties narrow the issues in dispute. As such, Plaintiff has consented to this request.

      Accordingly, Defendants request an additional fifteen (15) day extension from the filing of the Answer to prepare a joint letter and proposed case management plan as Ordered by Your Honor in ECF No. 16, or by Monday, August 25, 2025.

GRANTED. By **August 11, 2025**, Defendant shall answer or otherwise move with respect to the complaint. By **August 25, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 11, 2025
      New York, New York

                                                          ANALISA TORRES
                                                 United States District Judge