```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANDREW ZHANG,

                                    **Plaintiff,**                      25-CV-11 (AT) (VF)

-against-                                    **ORDER**

FULLY RINSED PRODUCTIONS, LLC,

                                **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 27, 2025, this case was referred to me for general pretrial supervision. The parties are ordered to file a joint status letter by **October 24, 2025**.

**SO ORDERED.**

DATED:      New York, New York
                  August 28, 2025

                                                            _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge