UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

ANDREW ZHANG, on behalf of himself and all others similarly situated,

                           Plaintiff,

    -v.-

Fully Rinsed Productions, LLC,

                           Defendants.

------------------------------------------------------------------------x

Civil Action No:
1:25-cv-00011-AT-VF

## **NOTICE OF SETTLEMENT**

      Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: January 14, 2026

                                                          Respectfully Submitted,

                                                          */s/ Uri Horowitz, Esq.*
                                                          Uri Horowitz, Esq.
                                                          **Horowitz Law, PLLC**
                                                          144-41 70th Road
                                                          Flushing, NY 11367
                                                          uri@horowitzlawpllc.com
                                                          Tel. (718) 705-8700
                                                          Fax (718) 705-8705
                                                         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was electronically filed on January 14, 2026 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 14th  day of January, 2026        Respectfully Submitted,

                                                  */s/ Uri Horowitz*
                                                  Uri Horowitz, Esq.